JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LAMEL WILSON, | CASE NO. 2:19-cv-07866-RGK (SK) |
| --- | --- |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: October 24, 2019

HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE